MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEBREMEDHIN HADERA,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br><br>    Defendant. | CIVIL NO.: 3:12-cv-05315-EMC<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 19, 2013, to April 19, 2013. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload and pre-approved leave, despite due diligence.

    Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

---

    [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 7, 2013
/s/ Steven M. Chabre
(As authorized via e-mail on 3/7/13)
STEVEN M. CHABRE
Attorney for Plaintiff

Dated: March 7, 2013
MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/11/13 _____
THE HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

Stip. & Prop. Order for Extension; 3:12-cv-05315-EMC    2